UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-00012 |
| v. ) | Judge Sharp |
| ) | |
| JERRY DINKINS [16] ) | |
| CORNEL OLIVER [21] ) | |
| BLAKE WRIGHT [30] ) | |

**O R D E R**

Pending before the Court is a Motion on Behalf of the Capital-Eligible Defendants to Establish Procedures for the Identification and Disclosure of *Brady* and *Giglio* Materials (Docket 1745).

A hearing on the motion is hereby scheduled for Tuesday, December 17, 2013, at 10:30 a.m. Any party wishing to attend by telephone, shall call 615-695-2852 to be connected to the hearing.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE