UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:11-00012 |
| | ) | Judge Sharp |
| JERRY DINKINS [16] | ) | |
| CORNEL OLIVER [21] | ) | |
| BLAKE WRIGHT [30] | ) | |

## ORDER

A further hearing on the "Motion on Behalf of the Capital-Eligible Defendants to Establish Procedures for the Identification and Disclosure of Brady and Giglio Materials" (Docket 1745) will be held on Friday, January 31, 2014, at 1:30 p.m. Defense counsel wishing to attend by telephone shall call 615-695-2852 to be connected to the hearing.

It is SO ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE