UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 3:11-00012-16 |
| v. | ) | Judge Sharp |
| | ) | |
| **JERRY DINKINS** | ) | |
| | ) | |

## O R D E R

Pending before the Court is the Government's Motion for Status Conference (Docket No. 2147).

The motion is GRANTED and a status conference is hereby scheduled for Friday, May 16, 2014, at 10:30 a.m. Out-of-town defense counsel may appear by telephone by calling 615-695-2852.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE